IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

DEVON MONTGOMERY, )
)
                Petitioner, )
)
    vs. )          No. CIV-13-1135-C
)
GARFIELD COUNTY JAIL, et al., )
)
            Respondents. )


## ORDER OF DISMISSAL WITHOUT PREJUDICE


      This matter is before the Court on the Report and Recommendation entered by United

States Magistrate Judge Gary M. Purcell on November 26, 2013. Although Petitioner has

mailed correspondence to Magistrate Judge Shon T. Erwin requesting assistance with his in

forma pauperis application, no objection to the Report and Recommendation has been

tendered. Therefore, the Court adopts the Report and Recommendation in its entirety.

      Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and

the petition for writ of habeas corpus is dismissed without prejudice.

      IT IS SO ORDERED this 13th day of January, 2014.


ROBIN J. CAUTHRON
United States District Judge